**Order entered June 18, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00097-CV

### SHAWN WILSON, Appellant

### V.

### JOHN D'SILVA, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-00054-E**

## ORDER

The clerk's record in this appeal is overdue. By postcard dated March 29, 2018, we directed the county clerk to file the record within thirty days. To date, the record has not been filed. Accordingly, we **DIRECT** Dallas County Clerk John F. Warren to file, n**o later than July 3, 2018**, either the clerk's record or written verification appellant has not paid for the record, has not filed a statement of inability to afford payment of court costs, or has been ordered by the court to pay costs and has failed to do so. *See* TEX. R. CIV. P. 145.

/s/     DAVID EVANS
        JUSTICE